IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MATTHEW ANTHONY SPLUNGE,

      Appellant,

v.

Case No.  5D22-2186
LT Case No. 2018-CF-001593-B

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 24, 2023

3.800 Appeal from the Circuit Court
for Lake County,
Heidi Davis, Judge.

Matthew Anthony Splunge, Live Oak,
pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, WALLIS and EISNAUGLE, JJ., concur.